The STATE, Respondent, v. Kenneth Dale LANIER, Petitioner.

Supreme Court

June 27, 1985.

## ORDER

Petitioner requests the Court to issue a writ of certiorari to review the decision of the Court of Appeals in *State v. Lanier*, 85 MO-003 (S. C. App., filed February 14, 1985). After careful consideration of the petition, we are of the opinion it should be denied.